## 30912. SANDERS et al. v. DARNELL et al.

HALL, Justice.

This appeal is from the denial of plaintiff's request for a writ of partitioning of 120 acres of land held by her as a tenant in common with her sister. The appeal is defective, however, in not including a proper order

with both findings of fact and conclusions of law (Code Ann. § 81A-152). We therefore, remand the case for findings of fact and conclusions of law, without prejudice to the appellant's right to file another appeal. *Doyal Development Co. v. Blair,* 234 Ga. 261 (215 SE2d 471) (1975).

*Appeal remanded with direction. All the Justices concur.*

ARGUED MARCH 8, 1976 — DECIDED APRIL 6, 1976.

*Dawson & Huff, Robert J. Huff,* for appellants.
*Davis, Davidson & Hopkins, Ronald Hopkins, Jack S. Davidson,* for appellees.